```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
JESUS L. GRULLARD CASTILLO,                                :
                                                           :
                              Plaintiff,                   :
                                                           :          23-cv-10794 (VSB)
              -against-                                    :
                                                           :                ORDER
TRAVELERS COMMERCIAL                                       :
INSURANCE COMPANY,                                         :
                                                           :
                              Defendant.                   :
                                                           :
-----------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

On December 19, 2023, Defendant Travelers Commercial Insurance Company ("Travelers") filed its answer to Plaintiff Jesus L. Grullard Castillo's complaint. (Doc. 6.) However, Travelers has not filed a certificate of service reflecting that it has served Plaintiff with a copy of its pleading. Because it is not clear that Plaintiff has received actual notice of Travelers's answer—and the counterclaims against him—Travelers is directed to mail a copy of its answer to Plaintiff by January 23, 2024. Travelers is further ordered to file a certificate of service demonstrating its compliance with this Order by January 24, 2024.

Pursuant to the Federal Rule of Civil Procedure 12(a)(1)(B), Plaintiff has 21 days after being served to answer the counterclaims.

The Clerk of Court is respectfully directed to a mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: January 16, 2024
      New York, New York

                                               Vernon S. Broderick
                                               United States District Judge