```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
JESUS L. GRULLARD CASTILLO,                                :
                                                           :
                              Plaintiff,                   :
                                                           :        23-cv-10794 (VSB)
              -against-                                    :
                                                           :              ORDER
TRAVELERS COMMERCIAL                                       :
INSURANCE COMPANY,                                         :
                                                           :
                              Defendant.                   :
                                                           :
-----------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

      On December 19, 2023, Defendant Travelers Commercial Insurance Company ("Travelers") filed its answer, with two counterclaims, to Plaintiff Jesus L. Grullard Castillo's complaint. (Doc. 6.) Because Travelers's pleading did not include a certificate of service, on January 16, 2024, I ordered Travelers to file proof that it had served Plaintiff with a copy of its answer. (Doc. 7.) The next day, Travelers filed proof of service demonstrating that it had served Plaintiff on December 19, 2023. (Doc. 8.) To date, Plaintiff has not responded to the counterclaims against him. Accordingly, the Court sua sponte extends the time for Plaintiff to respond to the counterclaims to February 22, 2024. If Plaintiff fails to respond, default judgment may be entered against him.

      The Clerk of Court is respectfully directed to a mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: January 25, 2024
       New York, New York

                                                                     _____
                                                                    Vernon S. Broderick
                                                                    United States District Judge