UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JESUS L. GRULLARD CASTILLO,

                Plaintiff,                23-CV-10794 (VSB)(SN)

     -against-                                 **ORDER**

TRAVELERS COMMERICAL INSURANCE
COMPANY,

                Defendant.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      In light of the close of fact discovery on November 28, 2024, the parties are directed to contact Courtroom Deputy Diljah Shaw by email at Diljah_Shaw@nysd.uscourts.gov to schedule a settlement conference if it would be productive at this time. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

SO ORDERED.

                                                    _____
                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:     December 3, 2024
               New York, New York