UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
JESUS L. GRULLARD CASTILLO, :
:
                  Plaintiff, :
: 23-cv-10794 (VSB)
        -against- :
: **ORDER**
:
TRAVELERS COMMERCIAL :
INSURANCE COMPANY, :
:
                  Defendant. :
:
-------------------------------------------------------X

**VERNON S. BRODERICK**, United States District Judge:

    On March 7, 2025, I held a telephonic conference in the above-captioned case. In accordance with my remarks at the conference, the parties are directed to submit a joint status update within a week of the settlement conference with Magistrate Judge Netburn, (*see* Doc. 27). In the event that the parties are unable to reach a settlement, they are directed to include in the status update a stipulated briefing schedule for any anticipated dispositive motions.

SO ORDERED.

Dated:    March 7, 2025
            New York, New York

                                                Vernon S. Broderick
                                               United States District Judge